

PH08651 RCF0-01021PH_0078

Click to Download         2001 Ford F-250 Pickup Horizontal platen roof crush test August 31, 2005.zip
178.1 MB

Eric Kjorlie
Attorney at Law
Historic Tinkham Veal Place
827 SW Topeka Blvd.
Topeka, Kansas 66612
785-232-6868 (ph) 785-232-6878 (fax)
www.kjorlielaw.com

EXHIBIT "D"

**Eric Kjorlie**

**From:** DAVID MCLELLAN <davemclellan@me.com>
**Sent:** Sunday, June 16, 2019 4:14 PM
**To:** Eric Kjorlie
**Cc:** Dave McLellan
**Subject:** You may find these files interesting

Download full resolution images
Available until Jul 16, 2019

Eric,

I think you may find these files interesting. They came from a folder named "LITIGATION TESTING". Both disks have almost the same paper label and the same electronic labeling. What we call Disk 1 has a line on the paper label of "PROTECTIVE ORDER". The second Disk, does not have this last line of text.

What Exponent did was a Horizontal Platen Roof Crush Test on a 2001 Ford F-250 Crew Cab Pickup. The report is dated is August 31, 2005.

Let's talk when you have a moment.

Dave


PH09651 RCF0-01021PH_0073

Click to Download
2001 Ford F-250 Pickup Horizontal platen roof crush test August 31, 2005.zip
178.1 MB

Dave McLellan
8611 Tipsico Lk Rd
Holly, MI 48442
(810) 599-6893 cell


EXHIBIT 23
McLellan
8-16-19

1



*Failure Analysis Associates*
*Test and Engineering Center*

# Horizontal Platen Roof Crush Test

## 2001 Ford F-250 Crew Cab Pickup

### TEC9651

**August 31, 2005**



EXHIBIT 16
McLellan
8-16-19  AW

E$^x$ponent®
*Failure Analysis Associates®*

Exponent
23445 North 19th Avenue
Phoenix, AZ  85027

telephone 623-582-6949
facsimile 623-581-8814
www.exponent.com

# Horizontal Platen Roof Crush Test

# 2001 Ford F-250 Crew Cab Pickup

## TEC9651

## August 31, 2005

Prepared for:

Bowman and Brooke, L.L.P.
Fifth Street Towers
150 S. Fifth Street, Suite 2600
Minneapolis, MN 55402

August 2005

Project Name:   TEC9651
Report No:      PH09651.000/RCF0/0705/R290



**2001 Ford F-250 Pickup**

Exponent®



PH09651 RCF0-00907PH_0009



PH09651 RCF0-00907PH_0010



PH09651 RCF0-00907PH_0011

PH09651 RCF0-00907PH_0012



Test Photographs


PH09651 RCF0-01021PH_0001


PH09651 RCF0-01021PH_0002


PH09651 RCF0-01021PH_0003


PH09651 RCF0-01021PH_0004


PH09651 RCF0-01021PH_0029


PH09651 RCF0-01021PH_0030


PH09651 RCF0-01021PH_0031


PH09651 RCF0-01021PH_0032



PH09651 RCF0-01021PH_0074



PH09651 RCF0-01021PH_0075



PH09651 RCF0-01021PH_0076



PH09651 RCF0-01021PH_0077



PH09651 RCF0-01021PH_0078



PH09651 RCF0-01021PH_0079



PH09651 RCF0-01021PH_0080



PH09651 RCF0-01021PH_0081


PH09651 RCF0-01021PH_0087


PH09651 RCF0-01021PH_0088


PH09651 RCF0-01021PH_0089


PH09651 RCF0-01021PH_0090



PH09651 RCF0-01021PH_0091



PH09651 RCF0-01021PH_0092



PH09651 RCF0-01021PH_0093



PH09651 RCF0-01021PH_0094



PH09651 RCF0-01021PH_0104



PH09651 RCF0-01021PH_0105



PH09651 RCF0-01021PH_0106



PH09651 RCF0-01021PH_0107



PH09651 RCF0-01021PH_0078

Click to Download    2001 Ford F-250 Pickup Horizontal platen roof crush test August 31, 2005.zip
178.1 MB

Eric Kjorlie
Attorney at Law
Historic Tinkham Veal Place
827 SW Topeka Blvd.
Topeka, Kansas 66612
785-232-6868 (ph) 785-232-6878 (fax)
www.kjorlielaw.com

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| MATHEW R. WURM, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 2:18-CV-2322-HLT-ADM |
| | ) |
| FORD MOTOR COMPANY, | ) |
| | ) |
| Defendant. | ) |

## ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION TO FILE VIDEO EXHIBIT CONVENTIONALLY WITH THE CLERK

The Court, being duly advised in the premises, finds that the "Plaintiff's Unopposed Motion to File a Video Exhibit in CD format conventionally with the Clerk described and attached as "Exponent-2001 Ford F-250 Pickup Horizontal platen crush test August 31, 2005" in support of his Responses to Defendant's Daubert Motion (McLellan)/ Summary Judgment Motion (Docs. 72 and 76), is allowed and granted.

IT IS SO ORDERED.

Dated _____ 2020, at _____, Kansas.


_____
Angie D. Mitchell
U. S. Magistrate Judge

1