# United States District Court

------------------------- DISTRICT OF KANSAS---------------------------

| | |
|---|---|
| MATTHEW R. WURM,<br><br>        Plaintiff,<br><br>        v.<br><br>FORD MOTOR COMPANY,<br><br>        Defendant | Case No. 2:18-CV-02322-HLT |

## JUDGMENT IN A CIVIL CASE

☐   Jury Verdict.   This action came before the Court for a jury trial.  The issues have been tried and the jury has rendered its verdict.

☒   Decision by the Court.  This action came before the Court.  The issues have been considered and a decision has been rendered.

Pursuant to the Memorandum and Order (Doc. 101), judgment is entered in favor of Defendant Ford Motor Company against Plaintiff Matthew R. Wurm and this action is dismissed without prejudice.

IT IS SO ORDERED.

Dated:  April 1, 2020                               TIMOTHY M. O'BRIEN
                                                              CLERK OF THE DISTRICT COURT

                                                              by: */s/ Misty D. Deaton*
                                                                      Deputy Clerk